# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: JAMES B. CLARK, III |
| v. | CASE NO. 20-mj-12418-JBC |
| JEFFERSON ROBERT *Defendant* | DATE OF PROCEEDINGS: 10/21/2020 |
| | DATE OF ARREST: 10/21/2020 |

**PROCEEDINGS:** Initial Appearance

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [x] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $150,000
- [x] UNSECURED BOND
- [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE: _____
- [ ] DETENTION/BAIL HRG.              DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY       DATE: _____
- [ ] SENTENCING                             DATE: _____
- [ ] OTHER: _____                         DATE: _____

**APPEARANCES:**

AUSA: Andrew Kogan

DEFT. COUNSEL: David Holman, AFPD

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 2:45 p.m.
TIME TERMINATED: 3:01 pm
CD NO: Zoom

Stephen Bond

Stephen Bond, Deputy Clerk